1  Ryan K. Marden (SBN 217709)
   **Marden Law, Inc.**
2  18012 Cowan, Suite 200
   Irvine, CA 92614
3  (714) 822-4450
   rmarden@marden-law.com
4
5  Attorney for Plaintiff
   GIGI A. MCDONALD
6
          **UNITED STATES DISTRICT COURT**
7
          **CENTRAL DISTRICT OF CALIFORNIA**
8
9  GIGI A. MCDONALD,                    CASE NO.:  *8:23-cv-01584-JVSDFMx*
                                        *(Removal from Orange*
10            Plaintiff,                *County Superior Court Case No.*
                                        *30-2023-01337872-CU-BC-CJC)*
11     vs.
                                        **PLAINTIFF'S SECOND**
12 GENERAL MOTORS, LLC, a limited       **AMENDED COMPLAINT**
   liability company; and DOES 1 through
13 10, inclusive,
                                        **DEMAND FOR JURY TRIAL**
14            Defendants.
15                                      Hon.  Kenly Kiya Kato
16
17                                        1. **VIOLATION OF SONG-**
18                                           **BEVERLY ACT-BREACH OF**
                                             **EXPRESS WARRANTY**
19
20                                        2. **VIOLATION OF SONG-**
                                             **BEVERLY ACT-BREACH OF**
21                                           **IMPLIED WARRANTY**
22
23                                        3. **VIOLATION OF SONG-**
                                             **BEVERLY ACT-SECTION**
24                                           **1793.2**
25                                        4. **FRAUD**
26
27                                        5. **VIOLATION OF BUSINESS**
                                             **& PROFESSIONS CODE**
28                                           **17200**

                  PLAINTIFF'S SECOND AMENDED COMPLAINT
                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **INTRODUCTION**

1.   Plaintiff is an individual residing in the City of RIVERSIDE, County of RIVERSIDE, and State of CALIFORNIA.

2.   PLAINTIFF is informed and believes, and thereon alleges, Defendant GENERAL MOTORS, LLC is registered to do business in the State of CALIFORNIA.

3.   Defendant is and was a limited liability company, doing business in the State of California.

4.   PLAINTIFF is informed and believes, and thereon alleges, that Defendant GENERAL MOTORS manufactured and/or distributed, in the United States and the State of California, a consumer good identified as a 2020 CHEVROLET BOLT, VIN: 1G1FZ6S04L4108546 (hereinafter referred to as the "SUBJECT VEHICLE"), for its eventual sale to retail buyers.

5.   At all times mentioned herein, the SUBJECT VEHICLE was, and is, a "new motor vehicle" as defined at Civil Code§ 1 793.22(e)(2) of the Song-Beverly Consumer Warranty Act, Civil Code §§ 1790 et seq. (hereinafter referred to as the "ACT"), in that said SUBJECT VEHICLE was a new motor vehicle purchased with the GENERAL MOTORS' new car warranty.

6.   On or about JANUARY 4, 2020, PLAINTIFF acquired the SUBJECT VEHICLE for personal, family, and/or household purposes, from Selman Chevrolet Co., an authorized dealer and agent of GENERAL MOTORS. PLAINTIFF could not purchase the vehicle directly from GENERAL MOTORS as they do not sell vehicles directly to members of the general public.  As part of the purchase transaction, GENERAL MOTORS issued an express warranty which would only be issued by GENERAL MOTORS as a result of the sale of the vehicle.  The sale of the vehicle by GENERAL MOTORS' dealership,

coupled with the issuance of the warranty, created a transactional and contractual relationship between GENERAL MOTORS and Plaintiff.  GENERAL MOTORS represents that it has 205 dealers in California (https://www.gm.com/company/usa-operations/california).  GENERAL MOTORS' website does not state that the dealerships are not owned or operated by GENERAL MOTORS.  The dealership is an agent of GENERAL MOTORS for purposes of the sale.

7.     At the time of the sale, GENERAL MOTORS entered into a contract with Plaintiff to provide Plaintiff with a warranty for the subject vehicle.  A copy of the warranty is attached hereto as Exhibit "A" and is incorporated by reference.  The warranty contains the rights and obligations of both Plaintiff and General Motors and is a binding agreement between the parties.  Accordingly, there is a direct contractual relationship between Plaintiff and General Motors.

8.     The warranty contract provided by General Motors also demonstrates that the dealer is an agent of General Motors.  The warranty contract states that if Plaintiff ever encounters a problem during the vehicle's warranty period, Plaintiff should speak with "dealer management."  *See*, Ex. A (GM00006).  Moreover, repairs occurring during the warranty period are to be performed by a "Chevrolet dealer facility."  ."  *See*, Ex. A (GM00009).

9.     With regard to coverage for the vehicle's battery under warranty, the warranty provides that  "[i]f there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters."  *See*, Ex. A (GM00019).  Accordingly, it is the dealer that determines when a battery is replaced under warranty on behalf of General Motors.

9.     The warranty contract also states that "[m]ost GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer" are covered by the warranty.  *See*, Ex. A (GM00014).  The warranty language makes no distinction between General Motors and its dealers.

10.     The representations made in the warranty contract provided by General Motors to Plaintiff shows that an agency relationship exists between General Motors and the dealer for purposes of the sale of this vehicle to Plaintiff.

11.     The SUBJECT VEHICLE was sold to PLAINTIFF with express warranties that the SUBJECT VEHICLE would be free from defects in materials, nonconformities, or workmanship during the applicable warranty period and to the extent the SUBJECT VEHICLE had defects, GENERAL MOTORS would repair the defects.  This included an 8-year, 100,000 mile warranty on the vehicle's battery.

12.     GENERAL MOTORS impliedly warranted that the SUBJECT VEHICLE would be of the same quality as similar vehicles sold in the trade and that the SUBJECT VEHICLE would be fit for the ordinary purposes for which similar vehicles are used.

13.     PLAINTIFF duly performed all the conditions on her part under the purchase contract and under each of the express warranties referenced above, except insofar as the acts and/or omissions of GENERAL MOTORS as hereinafter alleged, prevented and/or excused such performance.

14.     On each occasion on which the SUBJECT VEHICLE exhibited defects, non- conformities, misadjustments, or malfunctions, as hereinabove described, PLAINTIFF notified GENERAL MOTORS, through or one of GENERAL MOTORS' other authorized service and repair facilities, within a

reasonable time after PLAINTIFF's discovery thereof.  On each occasion of notification, PLAINTIFF attempted to invoke the applicable warranties, demanding that the authorized repair facilities repair such nonconformities pursuant to the warranties.

15.    Defendant failed to make the SUBJECT VEHICLE conform to the applicable warranties, despite a reasonable amount of time and a reasonable number of attempts to do so.

16.    PLAINTIFF discovered that GENERAL MOTORS was unable or unwilling to make the SUBJECT VEHICLE conform to the applicable warranties.

17.    Defendant GENERAL MOTORS falsely represented that the subject vehicle is safe and functional for normal use. However, the subject vehicle is not safe or functional because the batteries may ignite when they are either fully charged or fall below seventy (70) miles remaining mileage.  The vehicle also cannot be parked inside overnight due to fire risk.

18.    In October 2015, General Motors announced partnership with LG to produce the Chevrolet Bolt and touted the vehicle as an affordable, long range vehicle.

19.    In a press release in January 2016, General Motors said the Bolt will have a battery range over 200 miles because of the use of a battery with improved thermal operating performance.  The mileage representation was made absent any reference to the EPA estimated mileage range.

20.    However, in December 2016, General Motors first became aware of issues with the battery in the Bolt.  As a result of issues with the battery and energy management related issues, General Motors instituted a Bolt EV High Voltage Battery Exchange and Internal Parts Process to replace defective batteries.

21.     Despite this knowledge, General Motors began running commercials in January 2017 featuring the range of the Bolt's battery.  The Bolt was marketed as a "long range" and "affordable" vehicle.

22.     In October 2017, NHTSA published a warning that overcharging lithium ion batteries, such as the battery in the Bolt, can result in spontaneous ignition.

23.     In November 2017, General Motors created a repair program for the Bolt in response to findings of issues with low voltage in the batteries.

24.     In April 2018, General Motors created another program to update the vehicle's software for a low voltage condition and reports of vehicles losing propulsion.

25.     In May 2018, General Motors again notified its dealers regarding issues with the batteries in the Bolt.

26.     In August 2018, General Motors created another program related to the battery's software and its ability to monitor the charge of the battery.

27.     In March 2019, General Motors became aware of the first battery fire involving the Chevrolet Bolt.  All of this occurred prior to Plaintiffs' purchase of the subject vehicle and its evidence of General Motors' knowledge of the defect in the subject battery.  However, at no time prior to the sale of the subject vehicle did General Motors disclose the battery issues to Plaintiff or alter its marketing campaign with respect to the subject vehicle.

28.     Despite the foregoing, in October 2019, General Motors made Adam Piper, a GENERAL MOTORS employee and Bolt battery expert, available to answer questions regarding the Chevy Bolt.  Mr. Piper answered questions publicly on Facebook and the comments were republished in various websites. Mr. Piper, on behalf of GENERAL MOTORS, stated:  "We engineered the battery system so that you can charge to 100% and maximize range. Do whatever is best for your personal circumstances. If you want maximum range, charge to

100%." As this was an event conducted by GENERAL MOTORS, Mr. Piper was authorized to speak on behalf of GENERAL MOTORS and made the statements on their behalf. Mr. Piper's statement was made despite GENERAL MOTORS' knowledge of the fire risk posed by charging the battery to full capacity. Specifically, Mr. Piper stated the battery could be charged to 100 percent when GENERAL MOTORS in fact knew that the battery could not be fully safely charged.

29.     GENERAL MOTORS also created a marketing brochure for the 2020 Chevrolet Bolt. The marketing brochure is attached hereto as Exhibit "B" and incorporated fully by reference. The marketing brochure was reviewed by Plaintiff and relied upon prior to her purchase of the subject vehicle.

30.     The marketing brochure represents that the vehicle can be charged safely, at home, in a garage. However, GENERAL MOTORS knew this was not safe based upon the risk of fire that had been reported in March 2019 and the previous advisory NHTSA in 2017 warning about charging batteries to 100 percent. In fact, once the recall was issued, Plaintiff was not able to charge her vehicle safely in the garage.

31.     The marketing brochure also represents that the vehicle's battery can be charged to 100 percent. However, GENERAL MOTORS knew this was false because of the reported fires and the previous advisory NHTSA in 2017 warning about charging batteries to 100 percent. In fact, once the recall was issued, Plaintiff was not able to charge her vehicle's battery to full capacity. Plaintiff relied on the representations made in the marketing brochure that the vehicle's battery could be fully charged and could be charged indoors safely. These representations were false.

32.     In 2021, Defendant GENERAL MOTORS issued a recall notice for the subject vehicle, stating that its batteries may ignite when nearing a full

charge. Defendant GENERAL MOTORS warned Plaintiff that the vehicle's charge should not exceed 90%, the battery mileage should not fall below seventy (70) miles remaining, and the vehicle should not be parked indoors overnight.

33.   This battery defect presents a significant safety risk for Plaintiff because of the inherent risk that the batteries may ignite when nearing full charge. Due to the battery defect and risk of fire, Plaintiff is forced to make unforeseen accommodations and take precautions that interfere with their normal and expected use of the vehicle.

34.   Plaintiff has suffered injury in fact caused by the false, fraudulent, unfair, deceptive, unlawful, and misleading practices set forth herein.

35.   Defendant GENERAL MOTORS is one of the largest auto manufacturers in the world and is an industry leader in EV sales.

36.   The safety and functionality of a vehicle is material to any consumer seeking to purchase that vehicle.

37.   Defendant GENERAL MOTORS undertook a marketing strategy that advertises a competitive mileage capacity (at or about 259 miles electric range on a full charge to convey that consumers, such as Plaintiff, are receiving and electric vehicle that is able to maintain battery life for long distances. Such representations constitute an express warranty regarding the vehicle's capabilities.

38.    Based on Defendant's advertising, Plaintiff believed that they were purchasing a vehicle that was functional and safe.  Plaintiff believed the battery could be charged to 100 percent and could be charged safely indoors.

39.   Plaintiff could not have reasonably understood or expected these representations to be untrue at the time of acquisition.

40.   Plaintiff expected the vehicle to be able to be fully charged and to be parked indoors overnight.

41.   Defendant GENERAL MOTORS issued a recall notice, stating that the batteries may ignite when nearing a full charge. Specifically, Defendant warned that the vehicle's charge should not exceed 90%, the battery mileage should not fall below seventy (70) miles remaining, and the vehicle should not be parked indoors overnight due to the risk of fire.

42.   Defendant GENERAL MOTORS falsely represents the safety of the vehicle as well as the expected battery capacity of the vehicle. The marketing material for the vehicle leads the reasonable consumer to believe they were purchasing an environmentally friendly vehicle that functions as a long-range vehicle, when, in reality they cannot charge the vehicles to their full battery capacity or drive the vehicle for long distances due to fear of falling below seventy (70) miles remaining on a single charge.

43.   Plaintiff expected to use the vehicle without the fear of the vehicle igniting and causing serious bodily harm or death.

44.   Plaintiff has been forced to make unforeseen accommodations and take precautions that interfere with their normal and expected use of the vehicle.

45.   As a result, Plaintiff's use and enjoyment of the vehicle has been severely limited. Instead of utilizing the vehicle, or even saving money due to the vehicle being electric and substantially limit the use of the vehicle.

46.   Due to the fact that Plaintiff cannot charge the vehicle overnight and instead must resort to sporadic charging times, the charge is severely limited and thus, their ability to use the vehicle is severely limited.

47.   Plaintiff has anxiety as a direct result of the risk the vehicle may spontaneously ignite.

48.   Plaintiff would not have bought the vehicle if they had known it was neither safe nor functioned as advertised, based on Defendant's standards for normal use. Plaintiff would like to use the vehicle as intended without limitation.

49.     In December 2021, Plaintiff received a letter from General Motors' Vice-President Steve Hill.  An exemplar of the letter produced by General Motors is attached hereto as Exhibit "C" and incorporated herein by reference. Mr. Hill is an officer, director or managing agent of GENERAL MOTORS.

50.     In the letter, Mr. Hill represented to Plaintiff that General Motors would provide her with a new battery for the subject vehicle that did not suffer from the safe defects as the battery which was installed at the time of purchase.

51.     In June 2023, General Motors changed course and reneged on Mr. Hill's promise to replace Plaintiff's battery.

52.     From December 2021 until June 2023, Plaintiff relied on Mr. Hill's representation that she would receive a new battery.  Because of this representation, Plaintiff did not sell the vehicle or ask General Motors to repurchase her vehicle.

53.     For a period of time, GENERAL MOTORS policy was to repurchase vehicles such as Plaintiffs when asked to do so.

54.     In June 2023, GENERAL MOTORS sent Plaintiff an e-mail that again stated her battery would be replaced.

54.     However, shortly thereafter GENERAL MOTORS told Plaintiff there had been a "misunderstanding" and that her battery would not in fact be replaced. When Plaintiff found out she would not receive a new battery in June 2023 and requested GENERAL MOTORS repurchase her vehicle, they refused to do so and continue to refuse to do so.

55.     Plaintiff relied on the false promise by Mr. Hill that she would receive a new battery and was harmed because she continued to drive an unsafe vehicle.  To date, GENERAL MOTORS continues to replace her battery despite their promise to do so in December 2021.

/ / /

/ / /

/ / /

## **FIRST CAUSE OF ACTION**

Violation of the Song-Beverly Act - Breach of Express Warranty (Against Defendant GENERAL MOTORS US, LLC)

56.  PLAINTIFF realleges each and every paragraph set forth hereinabove, and hereby incorporates them by this reference as though fully set forth herein.

57.  The actions of GENERAL MOTORS in failing to perform the proper repairs, parts replacements, and/or adjustments to make the SUBJECT VEHICLE conform to the applicable express warranties constitute a breach of the express warranties that GENERAL MOTORS provided to PLAINTIFF, thereby breaching GENERAL MOTORS' obligations under the ACT.

58.  As the result of the actions of GENERAL MOTORS, pursuant to the provisions of the ACT, PLAINTIFF is and has been entitled to replacement of the SUBJECT VEHICLE, or restitution of the amount actually paid or payable under the contract, at PLAINTIFF's option, plus prejudgment interest thereon at the legal rate..

59.  As a further result of the actions of GENERAL MOTORS, pursuant to the ACT, PLAINTIFF has sustained and is entitled to incidental damages in an amount yet to be determined, plus interest thereon at the legal rate.

60.  As a further result of the actions of GENERAL MOTORS, pursuant to the ACT, PLAINTIFF has sustained and is entitled to consequential damages in an amount yet to be determined, plus interest thereon at the legal rate.

61.  GENERAL MOTORS failed to perform the necessary repairs or service in a good and workmanlike manner.  The actions taken by GENERAL MOTORS was insufficient to make the SUBJECT VEHICLE conform to the

express warranties and/or proper operational characteristics of like vehicles, all in violation of GENERAL MOTORS obligations under the ACT.

62.     Although GENERAL MOTORS was unable to service or repair the SUBJECT VEHICLE to conform to the applicable express warranties after a reasonable number of attempts, GENERAL MOTORS failed to replace the SUBJECT VEHICLE or make restitution to PLAINTIFF in accordance with the ACT.

63.     GENERAL MOTORS knew of their obligations under the ACT but intentionally failed or declined to fulfill them.

64.     The failure of GENERAL MOTORS to make the SUBJECT VEHICLE conform to the applicable express warranties was willful, justifying an award of a Civil Penalty as provided in the ACT in an amount not to exceed two (2) times PLAINTIFF's actual damages.

65.     The failure of GENERAL MOTORS to replace the SUBJECT VEHICLE or make restitution to PLAINTIFF was willful, justifying an award of a civil penalty as provided in the ACT in an amount not to exceed two (2) times PLAINTIFF's actual damages.

66.     GENERAL MOTORS knew of their obligations under the ACT, but, nevertheless, GENERAL MOTORS has had a reasonable number of attempts to repair, have failed to make the SUBJECT VEHICLE conform to its warranty and have failed to replace the SUBJECT VEHICLE or reimburse PLAINTIFF in amount equal to the purchase price, less PLAINTIFF's use of the SUBJECT VEHICLE, according to the mandates of the ACT.  The failure of GENERAL MOTORS to refund the consideration paid and payable, or to replace the SUBJECT VEHJCLE with a similar vehicle free from defects, was willful and justifies an award of a Civil Penalty in an amount not to exceed two (2) times PLAINTIFF's actual damages, as provided in the ACT.

67.    As a direct result of the actions of GENERAL MOTORS in pursuing PLAINTIFF's claim, it was necessary for PLAINTIFF to retain legal counsel. Pursuant to the ACT, PLAINTIFF is entitled to the recovery of attorneys' fees  based upon actual time expended, and to the recovery of all costs and expenses reasonably incurred in pursuing this matter.

## SECOND CAUSE OF ACTION

Violation of the Song-Berverly Act - Breach of Implied Warranty (Against Defendants GENERAL MOTORS US, LLC)

68.    PLAINTIFF realleges each and every paragraph set forth hereinabove, and hereby incorporates them by reference as though fully set forth at length herein.

` 69.    At the time that GENERAL MOTORS distributed  the SUBJECT VEHICLE into commerce, and at the time that PLAINTIFF acquired the SUBJECT VEHICLE, GENERAL MOTORS impliedly warranted that the SUBJECT VEHICLE was merchantable as provided in the ACT.

70.    The SUBJECT VEHICLE was not merchantable, as evidenced by the defects, non-conformities, maladjustments, and/or malfunctions as hereinabove alleged.

71.    As the result of the actions of GENERAL MOTORS, PLAINTIFF has sustained damage in the amount actually paid or payable under the contract, plus prejudgment interest thereon at the legal rate. PLAINTIFF will seek leave to amend this Complaint to set forth the exact amount thereof when ascertained.

72.    As a further result of the actions of Defendants, and each of them, PLAINTIFF has sustained incidental damages in an amount yet to be determined,

plus interest thereon at the legal rate. PLAINTIFF will seek leave to amend this Complaint to set forth the exact amount of incidental damages when ascertained.

73.     As a further result of the actions of GENERAL MOTORS, PLAINTIFF has sustained consequential damages in an amount yet to be determined, plus interest thereon at the legal rate. PLAINTIFF will seek leave to amend this Complaint to set forth the exact amount of consequential damages when ascertained.

74.     The failure of GENERAL MOTORS, and each of them, to refund the consideration paid and payable, or to replace the SUBJECT VEHICLE with a similar vehicle free from defects, justifies an award of a civil penalty in an amount not to exceed two (2) times PLAINTIFF's actual damages, as provided in the ACT.

75.     As a direct result of the actions of GENERAL MOTORS in pursuing PLAINTIFF's claim, it was necessary for PLAINTIFF to retain legal counsel. Pursuant to the ACT, PLAINTIFF is entitled to the recovery of attorneys' fees based upon actual time expended, and to the recovery of all costs and expenses reasonably incurred in pursuing this matter.

## THIRD CAUSE OF ACTION

Violation of the Song-Beverly Act - Section 1793.2

(Against Defendants GENERAL MOTORS US, LLC)

76.     PLAINTIFF incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

77.     Pursuant to the Act, Civil Code section 1793.2, subdivision (a), a GENERAL MOTORS that sells consumer goods in California, for which it has made an express warranty, shall maintain service and repair facilities or designate

and authorize independent service and repair facilities to carry out the terms of those warranties.

78.     Pursuant to the Act, Civil Code section 1793.2, subdivision (b), when service and repair of goods is necessary because they do not conform to the applicable express warranties, service and repair shall be commenced within a reasonable time by the GENERAL MOTORS or its representative.

79.     Pursuant to the Act, Civil Code section 1793.2, subdivision (b), goods shall be serviced or repaired so as to conform to the applicable warranties within 30 days.

80.     PLAINTIFF delivered the SUBJECT VEHICLE to GENERAL MOTORS and its authorized repair facilities for repair of the nonconformities.

81.     Defendant GENERAL MOTORS, through its authorized repair facilities, was unable to conform the SUBJECT VEHICLE to the applicable express warranties within 30 days.

82.     Notwithstanding PLAINTIFF's entitlement, GENERAL MOTORS has failed to either promptly replace or repurchase the SUBJECT VEHICLE in accordance with the Act.

83.     By failure of Defendant GENERAL MOTORS to remedy the defects as alleged above, or to repurchase or replace the SUBJECT VEHICLE, Defendant GENERAL MOTORS is in breach of its obligations under the Act.

84.     Under the Act, PLAINTIFF is entitled to damages pursuant to Civil Code section 1794, et seq.

85.     PLAINTIFF is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2714 and 2715, et seq.

86.     PLAINTIFF is entitled under the Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses and actual

attorney's fees reasonably incurred in connection with the commencement and prosecution of this action.

87.     PLAINTIFF is entitled in addition to the amounts recovered, a civil penalty of up to two times the amount of actual damages for GENERAL MOTORS 's willful failure to comply with its responsibilities under the Act..

88.     PLAINTIFF is entitled to prejudgment interest pursuant to Civil Code section 3287.

## FOURTH CAUSE OF ACTION

Fraud (Against Defendants GENERAL MOTORS US, LLC)

89.     PLAINTIFF incorporates herein by reference each and every allegation contained in  the preceding and succeeding paragraphs as though herein fully restated and re-alleged.

### Affirmative Misrepresentation Re: Battery Capacity and Indoor Storage

90.     Defendant GENERAL MOTORS willfully, falsely, and knowingly marketed the subject vehicle as being able to have a battery that could be charged to 100 percent and could be charged and stored indoors. Through this deceptive marketing, Defendant communicated to Plaintiff that the vehicle was, among other things, environmentally friendly and safe.

91.     This was a material fact, as battery capacity and vehicle storage was essential to the reasonable consumer's decision-making process. Defendant's representations were false because the vehicle in fact contains a lithium-ion battery that causes the vehicle to overheat during prolonged use, resulting in a substantial reduction in the charging capability of the vehicle.

92.     Defendant GENERAL MOTORS knew the representations were false and intended Plaintiff to rely on them.

93.     Plaintiff decided to buy the vehicle based in part on the false and misleading representations described herein, specifically the marketing brochure published by GENERAL MOTORS.

**Affirmative Misrepresentation Re: Battery Replacement**

94.     In December 2021, Steve Hill, a Vice-President of GENERAL MOTORS wrote a letter to Plaintiff promising her that her battery would be replaced. *See*, Exhibit "C." Mr. Hill sent this letter as part of GENERAL MOTORS warranty contract with Plaintiff and their ongoing obligations under the warranty contract.

95.     Mr. Hill wrote this letter with the intent to minimize potential legal actions by customers such as Plaintiff.

96.     Plaintiff relied on the representation by Mr. Hill and did not take legal action against General Motors at the time and did not request that General Motors repurchase her vehicle.

97.     Plaintiff believes that had she asked for a vehicle repurchase earlier than June 2023, GENERAL MOTORS would have offered to do so.

98.     Now GENERAL MOTORS both refuses to replace her battery or repurchase her vehicle and Plaintiff is stuck with an unsafe vehicle and continues to suffer from anxiety.

Fraudulent Concealment: Mileage Range and Battery Safety

99.     Again, Defendant marketed the vehicle as being capable of being fully charged and safe to charge and store indoors.

100.    Defendant concealed and suppressed the fact that the vehicle could not be fully charged or stored indoors. This was a material fact about which the Defendant had knowledge, and which it concealed from Plaintiff to mislead them.

101.   Knowledge and information regarding the vehicle's defects were in the exclusive and superior possession of Defendant and their dealers, and were not provided to Plaintiff, who could not reasonably discover the defect through due diligence.

102.   Plaintiff did not know this fact and could not have discovered it through reasonably diligent investigation.

103.   Defendant had a duty to disclose that the battery in the vehicle is unsafe at the point of purchase because (1) Defendant had exclusive knowledge of the material, suppressed facts; (2) Defendant took affirmative actions to conceal the material facts; and (3) Defendant made partial representations about the battery safety and performance of the vehicle that were misleading without disclosure of the fact that the vehicle contained unsafe batteries that caused the vehicle to overheat and pose a risk of fire.

104.   Defendant intended for Plaintiff to rely on these representations, as evidenced by Defendant's advertising.

105.   Plaintiff decided to buy the vehicle based in substantial part on the representations communicated through the Defendant's marketing material.

106.   Plaintiff has reasonably and detrimentally relied on Defendant's misrepresentations when purchasing the vehicle and, had they known the truth, they would not have purchased the vehicle or would have paid significantly less for the vehicle.

107.   Therefore, as a direct and proximate result of Defendant's fraud, Plaintiff has suffered injury in fact.

## **FIFTH CAUSE OF ACTION**

Violation of Business & Professions Code Section 17200 (Against Defendant GENERAL MOTORS US, LLC)

108.   Plaintiff repeats and realleges the allegations set forth in the preceding paragraphs and incorporates the same as if set forth herein at length.

109.   Defendant advertised the vehicle as having a leading electric vehicle mileage capacity of 259 miles per full charge. However, the vehicle is not capable of meeting this mileage expectation, due to the battery condition.  This misrepresentation is proven by Defendant's recall notice(s) sent out to Plaintiff warning them to not to exceed 90% of the mileage capability, approximately 233 miles to the charge. Moreover, Plaintiff was informed not to allow the vehicles' charge to fall below 70 miles. Lastly, Plaintiff was warned not to park the vehicle indoors overnight due to concerns that the battery may catch on fire.

110.   These restrictions significantly infringe upon Plaintiff's use of the vehicle and present serious safety concerns. Had Plaintiff known of these safety issues and use limitations a month prior, he would not have purchased the vehicle.

111.   The UCL prohibits "any unlawful, unfair... or fraudulent business act or practice." Cal. Bus & Prof. Code § 17200.

**A. "Unfair Prong"**

112.  Under California's Unfair Competition Law, Cal. Bus. & Prof. Code Section 17200, *et seq.*, a challenged activity is "unfair" when "any injury it causes outweighs any benefits provided to consumers and the injury is one that the consumers themselves could not reasonably avoid." *Camacho v. Auto Club of Southern California*, 142 Cal. App. 4th 1394, 1403 (2006).

113.  Defendant's action of using a defective battery in the vehicle did not confer any benefit to Plaintiff.

114.  Defendant's action of using a defective battery in the vehicle causes injuries to consumers, like Plaintiff, who cannot use their vehicle commensurate with their reasonable expectations.

115.  Defendant's action of using a defective battery in the vehicle causes injuries to Plaintiff, who cannot park their vehicle commensurate with their reasonable expectations.

116.  Defendant's action of using a defective battery in the vehicle causes injuries to Plaintiff, who ended up overpaying for the vehicle and receiving a quality of vehicle less than what they expected to receive.

117.  Plaintiff cannot avoid any of the injuries caused by the defective battery in the vehicle.

118.  Accordingly, the injuries caused by Defendant's use of the defective battery in the vehicle outweigh any benefits.

119.    Here, Defendant's conduct of using the defective battery in the vehicle has no utility and financially harms purchasers. Thus, the utility of Defendant's conduct is vastly outweighed by the gravity of harm.

120.    As alleged herein, the misrepresentations by Defendant detailed above constitute an unfair practice that poses a threatening impact on competition within the meaning of California Business and Professions Code Section 17200.

121.    Defendant's marketing of the vehicle, as alleged herein, is false, deceptive, misleading, and unreasonable, and constitutes unfair conduct.

122.    Defendant knew or should have known of their unfair conduct.

123.    There existed reasonably available alternatives to further Defendant's legitimate business interests, other than the conduct alleged herein. Defendant could have used a battery appropriate for the vehicle.

124.   All of the conduct alleged herein occurs and continues to occur in Defendant's business. Defendant's wrongful conduct is part of a pattern or generalized course of conduct repeated on thousands of occasions daily.

125.   Plaintiff has suffered injury in fact and have lost money as a result of Defendant's unfair conduct. Plaintiff paid an unwarranted premium for this vehicle. Plaintiff would not have purchased the vehicle if they had known that the vehicle contained a defective, unsafe battery.

## B.  "Fraudulent" Prong

126.   California Business and Professions Code Section 17200, et seq., considers conduct fraudulent and prohibits said conduct if it is likely to deceive members of the public. *Bank of the West v. Superior Court*, 2 Cal. 4th 1254, 1267 (1992).

127.   Defendant's conduct of using a defective battery at the point of sale without notifying prospective consumers that the battery is unsafe, is likely to deceive members of the public.

128.  Defendant's conduct of advertising a battery range of 259 miles is fraudulent and likely to deceive members of the public.

129.  Defendant's use of a defective battery, as alleged herein, is false,  deceptive, misleading, and unreasonable, and constitutes fraudulent conduct.

130.  Defendant knew or should have known of their fraudulent conduct.

131.  As alleged herein, the misrepresentations by Defendant detailed above constitute a fraudulent business practice in violation of California Business & Professions Code Section 17200.

132.  Defendant had reasonably available alternatives to further its legitimate business interests other than the conduct described herein. Defendant could have used a battery appropriate for the quality and safety of the vehicle.

133.  All of the conduct alleged herein occurs and continues to occur in Defendant's business. Defendant's wrongful conduct is part of a pattern or generalized course of conduct repeated on thousands of occasions daily.

134.  Plaintiff has suffered injury in fact and has lost money as a result of Defendant's fraudulent conduct. Plaintiff paid an unwarranted premium for this vehicle. Plaintiff would not have purchased the vehicle if she had known that the battery unsafe and unfit for normal use.

## C.  "Unlawful" Prong

135.  Defendant's use of a defective battery, as alleged in the preceding paragraphs, violates California Business and Professions Code Section 17500, *et. seq.*

136.  Defendant's use of a defective battery, as alleged herein, is false, deceptive, misleading, and unreasonable, and constitutes unlawful conduct.

137.  Defendant knew or should have known of its unlawful conduct.

138.  As alleged in the preceding paragraphs, the misrepresentations by Defendant detailed above constitute an unlawful business practice within the meaning of California Business and Professions Code Section 17200.

139.  There were reasonably available alternatives to further Defendant's legitimate business interests, other than the conduct alleged herein. Defendant could have used a battery appropriate for the quality and safety of the vehicle.

140.  All of the conduct alleged herein occurred and continues to occur in Defendant's business. Defendant's unlawful conduct is part of a pattern or generalized course of conduct repeated on thousands of occasions daily.

141.  Plaintiff has suffered injury in fact and have lost money as a result of Defendant's unlawful conduct. Plaintiff paid an unwarranted premium for this vehicle unfit for normal use.

142.  Plaintiff would like to use the vehicle as intended without limitation; however, Defendant has not yet even advised Plaintiff when the recall can be fixed, resulting in Plaintiff's significantly diminished use and enjoyment of the vehicle.

143.  As a result of the business acts and practices described above, Plaintiff, pursuant to § 17203, is entitled to an order enjoining such future wrongful conduct on the part of Defendant and such other orders and judgments that may be necessary to disgorge Defendant's ill-gotten gains and to restore to any person in interest any money paid for the vehicle as a result of the wrongful conduct of Defendant.

144.  Pursuant to Civil Code § 3287(a), Plaintiff is entitled to pre-judgment interest as a direct and proximate result of Defendant's unfair and fraudulent business conduct. The amount on which interest is to be calculated is a sum certain and capable of calculation, and Plaintiff is entitled to interest in an amount according to proof.

145.  Plaintiff has suffered ascertainable loss and actual damages as a direct and proximate result of Defendant's misrepresentations and their concealment of and failure to disclose material information. Pursuant to Cal. Bus. & Prof. Code § 17200, Plaintiff seeks an order enjoining Defendant's unfair and/or deceptive acts or practices, any such orders or judgments as may be necessary to restore to Plaintiff any money acquired by unfair competition, including restitution and/or restitutionary disgorgement, as provided in Cal. Bus. & Prof. Code §§ 17203 and 3345, and any other just and proper relief available under the California UCL.

23

WHEREFORE, PLAINTIFF prays for judgment against GENERAL MOTORS as follows:

### **PRAYER FOR RELIEF**

a. For general, special and actual damages according to proof at trial;

b. For rescission of the purchase contract and restitution of all monies expended;

c. For compensatory damages; for diminution in value;

d. For incidental and consequential damages according to proof at trial;

e. For civil penalty in the amount of two times PLAINTIFF's actual, incidental, and consequential damages;

f. For exemplary or punitive damages on the Fourth Cause of Action for fraud;

g. Restitution and/or disgorgement in an amount to be determined at trial;

h. For prejudgment interest at the legal rate of 10% per annum;

i. For actual attorney's fees and costs of suit; and

j. For such other and further relief as the Court deems just and proper under the circumstances.

DATED:  January 17, 2024                   MARDEN LAW, INC.


                                            */s/Ryan K. Marden*
                                            Ryan K. Marden
                                            Attorney for Plaintiff
                                            Gigi A. McDonald

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED:  January 17, 2024                MARDEN LAW, INC.


/s/Ryan K. Marden
Ryan K. Marden
Attorney for Plaintiff
Gigi A. McDonald

EXHIBIT "A"



**IMPORTANT:** This booklet contains important information about your vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Street Address: |
| City & State: |
| Vehicle Identification Number (VIN): |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |

© 2019 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 84168948 B Second Printing

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Important Message to Owners...** ...................... 1
GM's Commitment ............. 1
Owner Assistance .............. 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States ...................... 1

**Warranty Coverage at a Glance** ........................ 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ..................... 2

**New Vehicle Limited Warranty** ...4
What Is Covered ............... 4
What Is Not Covered .......... 10
Electric and Hybrid Vehicle Warranty Coverage ........... 13
Drive Motor Battery Coverage .................... 14

**Things to Know About the New Vehicle Limited Warranty** .... 15
Warranty Repairs – Component Exchanges ................... 15

Warranty Repairs – Recycled Materials .................... 15
Tire Service ................... 15
Aftermarket Engine Performance Enhancement Products and Modifications ... 15
After-Manufacture "Rustproofing" ................ 16
Paint, Trim, and Appearance Items ....................... 16
Vehicle Operation and Care ... 16
Maintenance and Warranty Service Records .............. 16
Chemical Paint Spotting ....... 16
Warranty Coverage – Extensions ................... 17
Warranty Service — Foreign Countries ................... 17
Permanent Relocation ......... 18
Original Equipment Alterations ................... 18
Recreation Vehicle and Special Body or Equipment Alterations ................... 18
Pre-Delivery Service .......... 19

Production Changes ........... 19
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only .......... 19

**Emission Control Systems Warranty** ..................... 20
What Is Covered ............... 20
How to Determine the Applicable Emissions Control System Warranty ............. 20
Federal Emission Control System Warranty ............. 20
California Emission Control System Warranty ............. 21

**Emission Warranty Parts List** ..24
Replacement Parts ........... 28
Maintenance and Repairs ...... 28
Claims Procedure .............. 29

**Customer Satisfaction Procedure** ................... 30

**State Warranty Enforcement Laws** ........ 32

# 2020 Chevrolet Limited Warranty and Owner Assistance Information

**Warranty Information for
   California Only** . . . . . . . . . . . . . . 33
**Special Coverage Adjustment
   Programs Beyond the Warranty
   Period** . . . . . . . . . . . . . . . . . . . . . . . 34
**Customer Assistance Offices** . . 35
**Customer Assistance for Text
   Telephone (TTY) Users** . . . . . . . 36
**Roadside Assistance
   Program** . . . . . . . . . . . . . . . . . . . . . 37
**Courtesy Transportation
   Program** . . . . . . . . . . . . . . . . . . . . . 38
**Chevrolet Protection** . . . . . . . . . . 39
   We're Behind You On All The
      Roads Ahead . . . . . . . . . . . . . . . 39

**GM's Commitment**

Chevrolet is committed to ensuring an excellent ownership experience with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

**Owner Assistance**

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or

workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the *Customer Satisfaction Procedure ⇨ 30.*

We thank you for choosing GM.

**GM Participation in an Alternative Dispute Resolution Program**

See *Customer Satisfaction Procedure ⇨ 30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

**Warranty Service– United States**

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be

made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the *Customer Assistance Offices ⇨ 35.* If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

## 2 ___ Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

**Bumper-to-Bumper (Includes Tires)**

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

**Powertrain**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first. Please refer to your Chevrolet dealer for details.

### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.

- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under *Emission Control Systems Warranty* ⇨ *20* for more information.

**Federal**

- Gasoline Engines and Car Diesel Engines

    - Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

    - Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

- 6.6L Duramax® Turbo-Diesel
  Engines are covered for the first
  5 years or 50,000 miles,
  whichever comes first.

**California**

- Gasoline Engines and Car
  Diesel Engines

  - Defects and performance for
    cars and trucks with light duty
    or medium duty emission
    control systems are covered
    for the first 3 years or
    50,000 miles, whichever
    comes first.

  - Specified components for cars
    or light duty trucks equipped
    with light duty or medium duty
    truck emission control systems
    are covered for the first
    7 years or 70,000 miles,
    whichever comes first.

- 6.6L Duramax Turbo-Diesel
  Engines

  - Defects and performance for
    the emission control systems
    are covered for the first
    5 years or 50,000 miles,
    whichever comes first.

  - Specified components for the
    emission control system are
    covered for the first 7 years or
    70,000 miles, whichever
    comes first.

***Important:*** Some California
emission vehicles may have special
coverages longer than those listed
here. See "California Emission
Control System Warranty" under
*Emission Control Systems Warranty*
⇨ *20*.

**Noise Emissions**

- Coverage is for applicable
  vehicles weighing over
  10,000 lbs based on the Gross
  Vehicle Weight Rating (GVWR)
  only, for the entire life of the
  vehicle.

## 4     New Vehicle Limited Warranty

GM will cover repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

**Warranty Applies**

This warranty is for Chevrolet vehicles registered in the United States and normally operated in the United States, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

**Repairs Covered**

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period, excluding slight noise, vibrations, or other normal characteristics of the vehicle. Needed repairs will be performed using new, remanufactured, or refurbished parts.

**No Charge**

Warranty repairs, including towing, parts, and labor, will be made at no charge.

**Obtaining Repairs**

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

**Warranty Period**

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

**Bumper-to-Bumper Coverage**

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

**Powertrain Component Warranty Coverage**

- Coverage is provided for 5 years or 60,000 miles, whichever comes first

- 1500 Series Light Duty (LD) Pickups equipped with a 3.0L Duramax® Turbo-Diesel Engine and 2500/3500 Series Heavy Duty (HD) Pickups equipped with a 6.6L Duramax® Turbo-Diesel Engine are covered for 5 years or 100,000 miles whichever comes first.

- Certain commercial fleet and/or government fleet vehicles purchased under a qualify fleet account number are covered for 5 years or 100,000 miles, whichever comes first.

**Engine Coverage includes:** All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

**Diesel Components Coverage includes:** Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets. Parts of the Emissions Reduction System

such as the emissions reduction fluid tank, injectors, sensors including NOx and exhaust, and the Exhaust Particulate Filter. Glow Plug Control System: Control/glow plug assembly, glow plugs, cold advance relay, and engine control module. The fuel injection control module, integral oil cooler, transmission adapter plate, common fuel rails, fuel filter assembly, fuel temperature sensor, and function block.

***Important:*** Some of these components may also be covered by the Emissions Warranty. See *Emission Warranty Parts List ⇨ 24*

*Exclusions:* Excluded from the powertrain component coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure

lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/Powertrain Control Module and/or module programming.

**Transmission/Transaxle Coverage includes:** All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

*Exclusions:* Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

## 6    New Vehicle Limited Warranty

**Transfer Case Coverage includes:** All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

*Exclusions:* Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

**Drive Systems Coverage includes:** All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

*Exclusions:* Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

**Tire Coverage**

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

**2020 Chevrolet Tire Pro-Rate Chart**

| Mileage (mi) | Percent Covered by Chevrolet (Tire Cost) | Percent Covered by Chevrolet (Labor — Mount/Balance) |
|---|---|---|
| 0-12,000 | 100% | 100% |
| 12,001-15,000 | 60% | 100% |
| 15,001-20,000 | 50% | 100% |
| 20,001-25,000 | 40% | 100% |
| 25,001-30,000 | 30% | 100% |
| 30,001-36,000 | 20% | 100% |
| 36,000 + | 0% | 0% |

These schedules applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

## 8   New Vehicle Limited Warranty

**Tire Companies**

| Company | Website | Toll-Free Number |
|---|---|---|
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or

merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of business, loss of goodwill, loss of reputation, punitive or any other damage, cost or loss of any kind.*

## New Vehicle Limited Warranty    9

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

### Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will receive the standard GM Dealer Accessory Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

### Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

### Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## 10      New Vehicle Limited Warranty

### What Is Not Covered

#### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

#### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

#### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

- Installation of non-GM (General Motors) parts

- Water or fluid contamination

- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions

- Alteration of glass parts by application of tinting films

**Important:** This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

**Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products**

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things to Know About the New Vehicle Limited Warranty* ⇨ *15.*

**Damage Due to Insufficient or Improper Maintenance**

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

**Damage Due to Contaminated, Improper, or Poor Quality Fuel**

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

**Damage Due to Impact, Use, or the Environment**

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

**Third Party Externally Connected Electrical Products**

This warranty does not apply to hardware or software of a third party device that is connected to the vehicle or its components, even if

Klein GM 000618

## 12     New Vehicle Limited Warranty

integrated or delivered with the vehicle. GM is not responsible for the quality or accuracy of any information, or service accessed through or from any third party device or platform. Software distributed by GM inside or outside the vehicle (including, but not limited to system software or applications) is not covered by this Warranty. GM does not warrant that connections to, from or through the vehicle will be uninterrupted or error-free. Also, the user should back-up their data and information frequently. GM is not responsible for any loss or damage to data or information made available in connection with the use of the vehicle. In addition, this Warranty does not apply: (a) to consumable parts that are designed to diminish over time, unless failure has occurred due to a defect in materials or workmanship; (b) to damage caused by use with another product or service; (c) to damage caused by a third party device or service (including upgrades and expansions), or (d) to obsolescence or lack of utility due to incompatibility with future versions of external hardware or software, including, but not limited to mobile devices.

**Maintenance**

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance

- Wiper Inserts

are covered by the New Vehicle Limited Warranty for up to 7,500 miles; any replacement after 7,500 miles is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. Keyless Entry batteries (or other remote transmitter/receiver batteries) and exterior incandescent bulbs are covered for up to 12 months only; any replacement after 12 months is considered maintenance and is not covered as part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

**Extra Expenses**

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel cost

- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms :** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

**Electric and Hybrid Vehicle Warranty Coverage**

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for each electric and hybrid vehicles for 8 years or 100,000 miles, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the electric and hybrid vehicles registered and normally operated in the United States. In addition to the initial owner of the vehicle, the coverage described in this Electric and Hybrid Vehicle Warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 100,000 miles term. No deductibles are associated with this warranty.

This warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

**What Is Covered**

This warranty covers repairs to Hybrid specific component defect related to materials or workmanship occurring during the 8 years or 100,000 miles term for the following:

**Towing**

During the 8 years or 100,000 miles Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect.

## 14    New Vehicle Limited Warranty

Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Drive Motor Battery Coverage

**Propulsion Battery Warranty Policy (Electric Vehicle)**

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 40% of capacity over the warranty period. If there are questions pertaining to battery capacity, a dealer service technician could determine if the vehicle is within parameters.

**Hybrid Battery (Hybrid Vehicles)**

The hybrid battery and internal components, modules, and fan are covered for the duration of the Hybrid warranty period.

**Repair (If Necessary)**

Chevrolet has a network of certified dealers who are trained to perform repairs on electric and hybrid vehicles, if your vehicle needs battery service.

**Replace (If Necessary)**

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory refurbished high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your electric vehicle fully operational appropriate to its age and mileage.

**Other Electric/Hybrid Components**

High Voltage Wiring, Hybrid Powertrain and Battery Control Modules, Air Compressor Control Module (except hybrid vehicles), Accessory DC Power Control Module, High Voltage Battery Disconnect Control Module, Drive Motor Generator Power Invertor Module, and Battery Charger Control Module are covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Regenerative Braking System**

The Brake Modulator Assembly, used for regenerative braking, is covered for the duration of the Electric and Hybrid Vehicle Warranty coverage period.

**Electric/Hybrid Drive Unit**

Electric drive unit assembly electric motors, and all internal components, including the auxiliary fluid pump, auxiliary pump controller, electric motor, and 3-phase cables.

## Things to Know About the New Vehicle Limited Warranty    15

### Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

### Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Customer Assistance Offices* ⇨ *35.*

### Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, emission system, transmission, and

## 16   Things to Know About the New Vehicle Limited Warranty

drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

### After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

### Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

**Things to Know About the New Vehicle Limited Warranty    17**

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

**Time Extensions :** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions :** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

**Touring Owner Service**

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

***Important:*** Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

**18      Things to Know About the New Vehicle Limited Warranty**

### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

***Important:*** Chevrolet warranty coverages may be void on Chevrolet vehicles that have been imported/exported for resale.

### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications.** The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

### Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

## Things to Know About the New Vehicle Limited Warranty    19

### Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

### Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

### Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

## 20    Emission Control Systems Warranty

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.

- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less

  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/ powertrain control module, transmission control module or other onboard emissions

diagnostic device, including emission-related software, whichever comes first.

- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

- Light Duty Truck equipped with Heavy Duty 6.6L Duramax Turbo-Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

#### Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environment Protection Agency

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

**Federal Emission Performance Warranty**

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions

for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the *Emission Warranty Parts List* ⇨ *24*, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

**California Emission Control System Warranty**

This section outlines the emission warranty that GM provides for your vehicle in accordance with the

California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** *Important:* Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage

## 22    Emission Control Systems Warranty

California Transitional Zero Emission Vehicles (TZEV) have extended coverage on all emission-related parts.

**Note**

Referred to as PZEV warranty in past model years.

***Important:*** California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, and Vermont have TZEV Emission Warranty Coverage.

**Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)**

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your

vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**California Emission Defect and Emission Performance Warranty Coverage**

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

    - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

    - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

    - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first for vehicles with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less:

    - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related **software**

defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Transitional Zero Emission Vehicle (TZEV):
  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your TZEV Emission Control System Defects Warranty.

* TZEV Hybrid Batteries are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted

repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, modifications not approved by GM, or if the defect is not emissions-related..

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. For Electric Vehicle call 1-877-486-5846 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 24    Emission Warranty Parts List

Emission-related defects in the emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the *Emission Control Systems Warranty* ⇨ *20* under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

***Important:*** Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage for light duty vehicles. (Also applies to California certified light duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California TZEV (NU6) vehicles registered in a TZEV state except Hybrid batteries, which are covered for 10 years/150,000 miles, whichever comes first.

**Powertrain Control System**

Accelerator Pedal Position Sensor

Barometric Pressure Sensor

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Communication Gateway Module (CGM)**

Coolant Sensor

Crankcase Pressure Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Temperature Sensor

Flex Fuel Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Oil Pressure Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

NOx Sensor(s)

Powertrain Control Module (PCM) **

Supercharger Inlet Pressure Sensor

Thermostat

Throttle Position Sensor

Vehicle Speed Sensor

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

**Transmission Controls and Torque Management**

Clutch Solenoids and Switches

Control Solenoids and Pressure Switches

Driver Mode Select Switch

ETRS Shifter/Button

Internal Mode Switch (IMS)

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Range Control Module (TRCM)**

Transmission Speed Sensors

**Vehicle Control System**

Eboost Brake Control Module**

Integrated Chassis Control Module ** (ETRS and Corvette only)

Vehicle Control Module (VCM) **

**Fuel Management System**

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector and Rail *

HD Duramax Fuel Pressure Regulator *

HD Duramax Fuel Pipes *

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Pump Power Module

Fuel Rail Assembly

Fuel Tank Fuel Pump

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI)

**Air Management System**

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Electric Compressor Recirculation Valve (eCRV)

Electric Waste Gate Actuator

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold (* for diesel only)

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger *

Throttle Body

Turbocharger *

Turbocharger Pressure Sensor

Turbocharger Vane Position Sensor *

Turbocharger Vane Position Solenoid *

Variable Geometry Turbine (VGT) Actuators

**Catalytic Converter System**

Catalytic Converter(s) * **

Diesel Exhaust Emission Reduction Fluid (DEF) Tank

Diesel Exhaust Aftertreatment Actuators and Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold and Gasket

## 26    Emission Warranty Parts List

**Positive Crankcase Ventilation (PCV) System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation (EGR) System**

EGR Bypass Valve

EGR Feed and Delivery Pipes

EGR Temperature Sensor

EGR Valve

EGR Valve Cooler *

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Vent Solenoid

Electronic Leak Check Pump (ELCP)

Fuel Feed and Purge Line

Fuel Filler Cap

Fuel Level Sensor

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vapor and Liquid Pressure Sensor

Fuel Tank Zone Module

Purge Pump

Purge Valve

**Start/Stop System**

Auxiliary Battery or Ultra Capacitor

Battery Isolator

Battery Control Module

Bi-Directional DC-DC Converter

Intelligent Battery Sensor

Multifunction Power Supply Converter

Transmission Fluid Accumulator and Solenoid

**Active Thermal Management**

Block Rotary Valve

Body Control Module (BCM)**

Electric Coolant Pump

Engine Block Coolant Temperature Sensor

Engine Cylinder Head Coolant Temperature Sensor

Engine Inlet Coolant Temperature Sensor

Evaporator Air Temperature Sensor (EAT)

HVAC Front Blower Motor

HVAC Front Face Plate (FFP)

HVAC Front Mode/Temperature LIN Actuators

Main Rotary Valve

Radiator Outlet Coolant Temperature Sensor

Temperature/Humidity LIN Sensor

**Hybrid**

A/C Compressor

ACCM

Auxiliary Transmission Fluid Pump

Battery Control Module **

Battery Cooling Circuit

Battery Pack

**Emission Warranty Parts List    27**

Brake Pedal Travel Sensor

Charge Port

Charge Port Switches and Sensors

Drive Motor/Generator Control Module **

Drive Motors and Resolvers *

Electro-Hydraulic Brake Control Module **

Energy Storage Control Module **

Exhaust Heat Exchanger

Fuel Fill Door Sensors

High Voltage Battery Contactor

Hood Switch

Hybrid Batteries *

Hybrid Battery Temperature and Voltage Sensors

Hybrid EVAP Canister Assembly

Hybrid RESS Thermal Management:
  Air and Coolant Sensors
  Battery Coolant Pumps and Cooling Fans
  Battery High Voltage Heater
  Battery Temperature Sensors
  E-compressor * **

Power Electronics Coolant Pump Port Valves Rfg. Temperature and Pressure Sensors

Onboard Charger * **

SGCM Coolant Circuit (fan, relay, pump)

Starter Generator *

Starter Generator Control Module **

Starter Generator Drive Belt

Traction Power Inverter Module (TPIM) **

Vehicle Interface Control Module **

Wheel Speed Sensor

**Miscellaneous Items Used with Above Components and Certain Tires are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

High Voltage Wiring

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts

## 28      Emission Warranty Parts List

results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

### Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

**Claims Procedure**

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the *Customer Satisfaction Procedure ⇨ 30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Group
Attn: Warranty Complaints
2000 Traverwood Drive
Ann Arbor, MI 48105

Email: complianceinfo@epa.gov

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 30      Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE : Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO :** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. For Electric Vehicle call 1-877-486-5846.

In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE :** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard
Suite 600
Arlington, VA 22201

Telephone: 1-800-955-5100
http://www.bbb.org/council/
programs-services/
dispute-handling-and-resolution/
bbb-auto-line

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

## 32     State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in *Customer Assistance Offices* ⇨ *35*.

**Warranty Information for California Only    33**

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI  48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

## 34    Special Coverage Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

**Customer Assistance Offices     35**

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

**United States**

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Electric Vehicle 1-877-486-5846
1-800-833-2438 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Bolt EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

**Canada**

Customer Care Centre,
CA1-163-005
General Motors of Canada Company
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

## 36    Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Roadside Assistance is provided for the duration of the Limited Powertrain Warranty Coverage, with towing coverage extended for the duration of the electric vehicle and hybrid-specific limited warranty period. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Electric Vehicle 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

## 38    Courtesy Transportation Program

If your vehicle requires warranty repairs during the course of your vehicle's Bumper-to-Bumper Warranty, Limited Powertrain, and/or hybrid-specific warranty, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Company reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

## We're Behind You On All The Roads Ahead

Chevrolet Protection products can give you the confidence and comfort you need to enhance your Chevrolet ownership experience. From Chevrolet Protection Plans to Chevrolet Pre-Paid Maintenance Plans, you can find new roads with a new confidence you can only get from Chevrolet Protection products.

See your dealer for details on how you can protect your new Chevrolet and have the peace of mind that comes with knowing you'll have coverage with the same name as the brand you trust.

Check with your Dealer for availability. Information provided is for illustration/summary purposes only; see Terms and Conditions/ GAP Addendum/Pre-Paid Maintenance Agreement for complete details. Vehicle service contract coverage is provided and administered by AMT Warranty Corp., P.O. Box 927, Bedford, TX 76095, (877) 265-1072 (except in Florida, the obligor/provider and administrator is Wesco Insurance Company, 59 Maiden Lane, 43rd Floor, New York, NY 10038, (866) 327-5818, LICENSE #01913). GAP Coverage is provided by the dealer/creditor and administered by AMT Warranty Corp., (877) 265-1166 AMT Warranty Corp. and Wesco Insurance Company are GM-approved providers but are not related entities of GM or its dealerships.

Roadside Assistance Services are provided by Nation Safe Drivers, 800 Yamato Road, Suite 100, Boca Raton, FL 33431 (except as otherwise noted for your state in the Terms and Conditions).

EXHIBIT "B"

BOLT EV 2020

CHEVROLET





Bolt EV Premier in Cajun Red Tintcoat
(extra-cost color) with available features.

# A GREAT VEHICLE THAT JUST HAPPENS TO BE ELECTRIC.

Bolt EV is the award-winning vehicle that does everything well. It offers up to 259 miles of pure electric range on a full charge.¹ It can accelerate from 0 to 60 mph in 6.5 seconds.² And with a low center of gravity, Bolt EV is just plain fun to drive. There's plenty of room for five and up to 56.6 cu. ft. of maximum cargo room with the rear seats folded down.³ So go ahead. Simplify your life. After all, charging the battery can be as easy as plugging in a cell phone.

## FIND NEW ROADS™

1 EPA-estimated 259-mile EV range. Your actual range will vary based on several factors, including temperature, terrain, battery age and how you use and maintain your vehicle.  2 Based on initial vehicle movement.  3 Cargo and load capacity limited by weight and distribution.

Bolt EV Premier in Silver Ice Metallic
with available features.



## PERFORMANCE

**259** EPA-ESTIMATED MILES OF
RANGE ON A FULL CHARGE[1]

**6.5** SECONDS 0 TO 60 MPH[2]

**266** LB.-FT. OF TORQUE

Bolt EV offers an EPA-estimated 259 miles of range on a full charge,[1] which can mean six times the amount needed for an average daily commute of 40 miles — enough for a full work week and a few stops in between.

With smooth handling and plenty of get-up-and-go, Bolt EV is fun to drive and requires less maintenance than a gas vehicle. Features like Regen on Demand™ and One Pedal Driving are engineered to help improve efficiency.

**Regen on Demand** allows you to convert kinetic energy into energy stored within the battery for future use. A simple pull and hold of the Regen on Demand paddle can decelerate your Bolt EV and store energy.[3]

While driving in Low mode at any speed, **One Pedal Driving** lets you efficiently speed up and slow down by using only the accelerator pedal.[3] When you want to speed up, press your foot down like you normally would. And when you want to slow down, just lift your foot off the accelerator. One Pedal Driving helps you capture some of the energy from the moving vehicle and turns it back into electrical energy, which is then stored in the battery. Of course, you should always use your brake pedal if you need to stop quickly.

**1** EPA-estimated 259-mile EV range. Your actual range will vary based on several factors, including temperature, terrain, battery age and how you use and maintain your vehicle.    **2** Based on initial vehicle movement.    **3** Regenerative braking performance may be limited when the battery is cold or near full charge. See chevrolet.com for details.

## BASIC

**120-VOLT**
**Home & Public Stations**



About
### 4 MILES
**of range per hour of charge[1]**

### CHARGE

120-volt charging capability
comes standard.

120-volt portable charge cord
comes standard with the vehicle.

### BENEFITS

Gives owners the opportunity
to top off their charge.

Charge anywhere there's a
120-volt 3-prong outlet.

## FAST

**240-VOLT**
**Home & Public Stations**



Up to
### 25 MILES
**of range per hour of charge[1]**

### CHARGE

240-volt charging capability comes standard.

240-volt charging is available at
most public charging stations.

The recommended 240-volt charging unit
(professional installation required)
is available for purchase through your
Chevrolet dealer or GM Accessories.

### BENEFITS

If you drive an average daily commute of
40 miles, you could fully replenish the
battery in less than 2 hours.

From empty, fully replenish the battery
in about 10 hours[1] with the recommended
32-amp Level 2 charging unit.

## SUPER FAST

**DC FAST CHARGE**
**Public Stations Only**



Up to
### 100 MILES
**of range in about 30 minutes of charge[1]**

### CHARGE

DC Fast Charge capability is available
to Bolt EV owners for an additional cost.

Requires available DC Fast Charge port.

Available at participating locations.

### BENEFITS

Accelerated charging times.

Convenient for those who are out and about
and need to add to their charge while parked.

[1] Charging rate varies based on output of the charge unit, vehicle settings and outside temperature.







CHARGING

# GOODBYE, GAS STATION.

Charging your Bolt EV is simple. The vehicle comes standard with 240-volt charging capability, and with the available 240-volt charging unit (professional installation required), you can charge your Bolt EV up to five times faster than with the 120-volt portable charge cord.[1]

The 8-inch diagonal Driver Information Center and **10.2-inch diagonal color touch-screen** show range information. You can also find range information on the available myChevrolet Mobile App.[2]

For equipped vehicles, **DC Fast Charging** is available at conveniently located public charging stations and provides up to 100 miles of range in about 30 minutes of charge.[1] Use the myChevrolet Mobile App[2] with the Energy Assist feature to easily plan trips and find available charging stations in your area.

Every Bolt EV comes standard with an 8-year/100,000-mile battery warranty.[3] Plus the Bolt EV battery is engineered with an active thermal management system, which helps regulate and protect the battery regardless of the outside temperature.

[1] Charging rate varies based on output of the charge unit, vehicle settings and outside temperature.  [2] Available on select Apple and Android devices. Service availability, features and functionality vary by vehicle, device and the plan you are enrolled in. User terms apply. Device data connection required. See onstar.com for details and limitations.  [3] Whichever comes first. See dealer for details.



Bolt EV Premier
in Summit White.

## DESIGN

- Daytime running lamps with LED signature.

- Michelin® Energy™ Saver All-Season tires with Selfseal® technology.

- Enclosed underbody to streamline airflow.

- Electronic Precision Shift.

- Spacious comfort for five passengers.

**Rear seats fold down to offer
56.6 cu. ft. of cargo space!**

The rear cargo area features a deep well with
an available false floor for additional storage.





<u>1</u> Cargo and load capacity limited by weight and distribution.

**myChevrolet Mobile App¹ with Energy Assist feature.**

**Confidence Gauge continuously analyzes available range.**

**Range Impacts Screen.**







**1** Available on select Apple and Android devices. Service availability, features and functionality vary by vehicle, device and the plan you are enrolled in. User terms apply. Device data connection required. Visit onstar.com for details and limitations.



## TECHNOLOGY

- Chevrolet Infotainment System[1] with 10.2-inch diagonal color touch-screen.

- Available 4G LTE Wi-Fi®[2] provides a fast and reliable connection for up to seven devices.

- Apple CarPlay®[3] compatibility.

- Android Auto™[4] compatibility.

- myChevrolet Mobile App[5] with Energy Assist feature to easily plan trips and find charging stations on the go.

[1] Chevrolet Infotainment System functionality varies by model. Full functionality requires compatible Bluetooth and smartphone, and USB connectivity for some devices.   [2] Service varies with conditions and location. Requires active service plan and paid AT&T data plan. Visit onstar.com for details and limitations.   [3] Vehicle user interface is a product of Apple and its terms and privacy statements apply. Requires compatible iPhone and data plan rates apply.   [4] Vehicle user interface is a product of Google and its terms and privacy statements apply. Requires the Android Auto app on Google Play and an Android compatible smartphone running Android 5.0 Lollipop or higher. Data plan rates apply.   [5] Available on select Apple and Android devices. Service availability, features and functionality vary by vehicle, device and the plan you are enrolled in. User terms apply. Device data connection required. Visit onstar.com for details and limitations.

Apple CarPlay and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. Android Auto is a trademark of Google LLC.

# READY AND VIGILANT.

 **Front Pedestrian Braking.** At speeds below 50 mph, if an imminent collision with a pedestrian directly ahead is detected, the feature can alert you and can even apply last-second emergency braking. Performance is limited at night. Available on LT and Premier.

 **Automatic Emergency Braking.** At speeds below 50 mph, if an imminent front-end collision is detected with a vehicle you are following, the feature can alert you and can automatically apply hard emergency braking or enhance driver hard braking. Available on LT and Premier.

 **Forward Collision Alert.** This feature monitors how close your vehicle is to the detected vehicle in front of you and can alert you to a potential crash. Available on LT and Premier.

 **Lane Keep Assist with Lane Departure Warning.** At speeds above 37 mph, this feature monitors road lines and can gently turn the steering wheel to help keep the vehicle in its lane or provide an alert if a lane marker is unintentionally crossed. Available on LT and Premier.

 **Lane Change Alert with Side Blind Zone Alert.** This feature can provide side mirror alerts when it detects fast-approaching vehicles in adjacent lanes as well as moving vehicles in the side mirror blind zones. Standard on Premier. Available on LT.

 **HD Rear Vision Camera.** When traveling in Reverse at low speeds, this feature helps provide a view of the area immediately behind your Bolt EV.

 **Rear Park Assist.** When traveling in Reverse at low speeds, this feature can provide distance alerts when it detects certain stationary objects in close proximity behind the vehicle. Standard on Premier. Available on LT.

 **IntelliBeam® headlamps.** When oncoming headlamps are sensed or when taillamps are detected, this feature intuitively adjusts between low and high beams. Available on LT and Premier.

 **HD Surround Vision.** When your Bolt EV is stationary or traveling at low speeds, this feature provides you with a bird's-eye view of the area around the vehicle on the infotainment display. Standard on Premier.

 **Rear Camera Mirror.** This feature allows you to use either a traditional inside mirror or a rearview camera mirror display that provides a wide, less obstructed field of view to check for traffic. Standard on Premier.

 **Rear Cross Traffic Alert.** This feature can alert you to detected vehicles crossing behind your Bolt EV when backing up. Standard on Premier. Available on LT.

**Safety starts with you.** Safety or driver assistance features are no substitute for the driver's responsibility to operate the vehicle in a safe manner. The driver should remain attentive to traffic, surroundings and road conditions at all times. Visibility, weather and road conditions may affect feature performance. Read the vehicle Owner's Manual for more important feature limitations and information.



## EXTERIOR COLORS



Summit White



Silver Ice Metallic[1,2]



Slate Gray Metallic



Nightfall Gray Metallic



Cajun Red Tintcoat[3]



Cayenne Orange Metallic[3]



Oasis Blue



Kinetic Blue Metallic[3]



Mosaic Black Metallic

## FABRICS



Dark Galvanized Gray Cloth with Sky Cool Gray Accents[4]



Ceramic White Perforated Leather Appointments with Light Ash Gray Accents[5]



Dark Galvanized Gray Perforated Leather Appointments with Sky Cool Gray Accents[5]



Dark Galvanized Gray Perforated Leather Appointments[5]

## WHEELS



17" Painted-Aluminum
Standard on LT



17" Ultra Bright Machined-Aluminum
with Painted Pockets
Standard on Premier

[1] Requires Dark Galvanized Gray or Ceramic White/Light Ash Gray interior.  [2] Premier models only.  [3] Extra-cost color.  [4] Standard on LT.  [5] Standard on Premier.



Bolt EV Premier in Silver Ice
Metallic with available features.

## SPECIFICATIONS

● STANDARD   ○ AVAILABLE   – NOT AVAILABLE

| EXTERIOR | LT | PREMIER |
|---|:--:|:--:|
| Antenna: Roof-mounted shark fin | ● | ● |
| Daytime running lamps: LED signature | ● | ● |
| Door handles: Body-color | ● | – |
| Body-color with chrome strip | – | ● |
| Headlamps: High-intensity discharge, low and high beam projector with automatic exterior lamp control | ● | ● |
| Luggage rack: Side rails, roof-mounted | – | ● |
| Mirrors: Heated, power-adjustable, manual-folding, Black | ● | – |
| Heated, power-adjustable, integrated turn signal indicators, manual-folding, Black | – | ● |
| Taillamps: LED | ● | ● |
| Wipers: Front variable-speed, intermittent with washers; rear intermittent with washer | ● | ● |

| PROPULSION/CHASSIS | LT | PREMIER |
|---|:--:|:--:|
| Battery: 12-volt with rundown protection<br>Propulsion, 66 kWh lithium-ion Rechargeable Energy Storage System | ● | ● |
| Brake: Electronic parking | ● | ● |
| Brakes: 4-wheel antilock, 4-wheel disc | ● | ● |
| Charge control: Location-based, selectable GPS-enabled with programmable "home" charging setting and programmable time of day with charging status indicator light on instrument panel | ● | ● |
| Charge cord: 120-volt, portable | ● | ● |
| Charging module: 7.2 kW high-voltage | ● | ● |
| DC Fast Charging capability | ○ | ○ |
| Electric drive unit: 200 hp (150 kW) of motoring power, 266 lb.-ft. (360 Nm) of motoring torque | ● | ● |
| Electronic Precision Shift: Electronic transmission range selector, leather-trimmed | ● | ● |
| Regen on Demand: Driver-initiated regenerative braking, steering wheel-mounted paddle | ● | ● |
| StabiliTrak® Electronic Stability Control System with Traction Control | ● | ● |
| Steering: Power, electric | ● | ● |
| Suspension: Performance Ride and Handling<br>Front independent; rear semi-independent with compound crank | ● | ● |

| SAFETY & SECURITY | LT | PREMIER |
|---|:--:|:--:|
| Airbags:[1] Dual-stage frontal airbags for driver and front passenger; knee airbags for driver and front passenger; head-curtain and seat-mounted side-impact airbags for front and rear outboard seating positions; includes front Passenger Sensing System for frontal passenger airbag | ● | ● |
| Automatic Emergency Braking[2] (requires available Driver Confidence II Package) | ○ | ○ |
| Forward Collision Alert[2] and Following Distance Indicator[2] (requires available Driver Confidence II Package) | ○ | ○ |
| Front Pedestrian Braking[2] (requires available Driver Confidence II Package) | ○ | ○ |
| IntelliBeam headlamps: Automatic high beam on/off (requires available Driver Confidence II Package) | ○ | ○ |
| Lane Change Alert with Side Blind Zone Alert[2] (requires available Driver Confidence Package on LT) | ○ | ● |
| Lane Keep Assist with Lane Departure Warning[2] (requires available Driver Confidence II Package) | ○ | ○ |
| LATCH system (Lower Anchors and Tethers for Children), for child restraint systems | ● | ● |
| Pedestrian Safety Signal: Automatic passive audible tone during low-speed operation | ● | ● |
| Rear Cross Traffic Alert[2] (requires available Driver Confidence Package on LT) | ○ | ● |
| Rear Park Assist[2] (requires available Driver Confidence Package on LT) | ○ | ● |
| Rear Vision Camera[2] – HD | ● | – |
| Surround Vision[2] – HD (includes HD Rear Vision Camera) | – | ● |
| Teen Driver technology | ● | ● |
| Theft-deterrent system: Engine immobilizer<br>Unauthorized entry | ● | ● |
| Tire Pressure Monitor with Tire Fill Alert | ● | ● |
| 1-month of OnStar® Safety & Security Plan coverage,[3] which includes Automatic Crash Response, Emergency Services, Stolen Vehicle Assistance, Roadside Assistance and Turn-by-Turn Navigation[4] | ● | ● |

| INTERIOR | LT | PREMIER |
|---|:--:|:--:|
| Air conditioning: Automatic, single-zone with cabin air filter | ● | ● |
| Armrest: Rear center | – | ● |
| Cargo area: Cargo cover | ● | ● |
| False cargo floor storage area | ○ | |
| Console: Front with sliding armrest and covered storage | ● | ● |
| Cruise control: Electronic with Set and Resume Speed | ● | ● |
| Cup holders: Two front | ● | ● |
| Two rear in armrest | – | ● |
| Door locks: Power-programmable with lockout protection and manual rear door child security | ● | ● |

**1** A NOTE ON CHILD SAFETY: Always use seat belts and the correct child restraint for your child's age and size, even with airbags. Even in vehicles equipped with the Passenger Sensing System, children are safer when properly secured in a rear seat in the appropriate infant, child or booster seat. Never place a rear-facing infant restraint in the front seat of any vehicle equipped with an active frontal airbag. See your vehicle Owner's Manual and the child safety seat instructions for more safety information. **2** Read the vehicle Owner's Manual for important feature limitations and information. **3** OnStar plan, working electrical system, cell reception and GPS signal required. OnStar links to emergency services. Not all vehicles may transmit all crash data. Roadside services provided by Allstate Roadside Services for vehicles only. Limitations and restrictions apply. Stolen Vehicle Assistance requires armed GM factory-installed theft-deterrent system, contact method on file and enrollment to receive alerts. Additional messaging and data rates may apply. Services are intended to assist with vehicle recovery and do not prevent theft or protect against damage or loss. Visit onstar.com for details and limitations. Availability subject to change. **4** Advisor-based Turn-by-Turn Navigation is subject to User Terms and limitations, and varies by vehicle model. Map coverage available in the United States, Puerto Rico and Canada.

## SPECIFICATIONS (CONTINUED)

● STANDARD   ○ AVAILABLE   − NOT AVAILABLE

| INTERIOR (CONTINUED) | LT | PREMIER |
|---|---|---|
| Driver Information Center: 8-inch diagonal enhanced multi-color configurable graphic display with three themes and energy-use monitors | ● | ● |
| Floor mats: Carpeted, front and rear | ● | ● |
| Heat ducts: Rear | ● | ● |
| Keyless Open and Start | ● | ● |
| Lighting: Interior ambient LED-based lighting, front reading lamps, dome lamp and incandescent cargo area lamp | ● | ● |
| Ambient LED-based instrument panel lighting | − | ● |
| Mirror: Rearview, manual day/night | ● | − |
| Rearview, auto-dimming (requires available Comfort and Convenience Package) | ○ | − |
| Rear Camera Mirror:¹ Auto-dimming with full camera display | − | ● |
| Power outlet: Auxiliary 12-volt, located in front storage bin | ● | ● |
| Remote Keyless Entry: Extended range | ● | ● |
| Remote vehicle starter system | ● | ● |
| Smartphone interface: Vehicle entry, start and operation | ● | ● |
| Steering column: Manual tilt and telescopic | ● | ● |
| Steering wheel: 3-spoke, deluxe with mounted audio, cruise and phone controls | ● | ● |
| Leather-wrapped (requires available Comfort and Convenience Package on LT) | ○ | ● |
| Heated with selectable automatic activation (requires available Comfort and Convenience Package on LT) | ○ | ● |
| Visors: Driver and front passenger, covered vanity mirrors | ● | ● |
| Windows: Power with driver express-up/-down, all others express-down | ● | ● |
| Wireless charging² (requires available Infotainment Package) | − | ○ |
| SEATING | | |
| Deluxe Cloth | ● | − |
| Perforated leather appointments | − | ● |
| Seats: Front bucket | ● | ● |
| Driver and front passenger 6-way manual adjusters | ● | ● |
| Rear, 60/40 split-folding | ● | ● |
| Heated driver and front passenger seats (requires available Comfort and Convenience Package on LT) | ○ | ● |
| Heated rear outboard seating positions | − | ● |

| ENTERTAINMENT | LT | PREMIER |
|---|---|---|
| Chevrolet Infotainment System³ with 10.2-inch diagonal LCD color touch-screen, AM/FM stereo with seek-scan and digital clock, Bluetooth® audio streaming,⁴ voice-activated technology for radio and phone, and Apple CarPlay®⁵ and Android Auto™⁶ compatibility | ● | ● |
| 6-speaker audio system | ● | ● |
| Bose premium 7-speaker audio system including Richbass woofer (requires available Infotainment Package) | − | ○ |
| Media: Two USB ports⁷ and auxiliary input jack, located in front center console | ● | ● |
| Two USB ports,⁷ charge only, located on rear of center console (requires available Infotainment Package) | − | ○ |
| SiriusXM®⁸ – All Access Package with 3-month trial subscription | ● | ● |
| 4G LTE Wi-Fi®⁹ Hotspot for up to seven devices, includes 1 month or 3 GB of data (whichever comes first) | ● | ● |
| Chevrolet Connected Access¹⁰ with 10 years of standard connectivity, which currently enables features such as Vehicle Diagnostics and Dealer Maintenance Notification, and 5 years of EV Mobile Commands | ● | ● |
| WHEELS | | |
| 17" painted-aluminum | ● | − |
| 17" Ultra Bright machined-aluminum with painted pockets | − | ● |
| PACKAGES | | |
| Comfort and Convenience Package | ○ | |
| Heated driver and front passenger seats, heated leather-wrapped steering wheel and auto-dimming inside rearview mirror | | |
| Driver Confidence Package | ○ | ● |
| Lane Change Alert with Side Blind Zone Alert,¹ Rear Cross Traffic Alert¹ and Rear Park Assist¹ (requires available Comfort and Convenience Package on LT) | | |
| Driver Confidence II Package | ○ | ○ |
| Automatic Emergency Braking,¹ Lane Keep Assist with Lane Departure Warning,¹ Forward Collision Alert,¹ Following Distance Indicator,¹ Front Pedestrian Braking¹ and IntelliBeam headlamps (requires available Driver Confidence Package on LT; requires available Infotainment Package on Premier) | | |
| Infotainment Package | − | ○ |
| Bose premium 7-speaker audio system including Richbass woofer, wireless charging² and two charge-only USB ports⁷ for rear passengers | | |

1 Read the vehicle Owner's Manual for important feature limitations and information.  2 The system wirelessly charges one compatible mobile device. Some phones have built-in wireless charging technology and others require a special adaptor/back cover. To check for phone or other device compatibility, see my.chevrolet.com/learn or consult your carrier.  3 Chevrolet Infotainment System functionality varies by model. Full functionality requires compatible Bluetooth and smartphone, and USB connectivity for some devices.  4 Go to my.chevrolet.com/learnAbout/bluetooth to find out which phones are compatible with the vehicle. Full Bluetooth feature functionality varies by device, model and software version.  5 Vehicle user interface is a product of Apple and its terms and privacy statements apply. Requires compatible iPhone and data plan rates apply.  6 Vehicle user interface is a product of Google and its terms and privacy statements apply. Requires the Android Auto app on Google Play and an Android compatible smartphone running Android 5.0 Lollipop or higher. Data plan rates apply.  7 Not compatible with all devices.  8 If you decide to continue service after your trial, your selected subscription plan will automatically renew thereafter. You will be charged at then-current rates. Fees and taxes apply. Please see the SiriusXM Customer Agreement at siriusxm.com for complete terms and how to cancel, which includes calling SiriusXM at 1-866-635-2349. All fees and programming are subject to change.  9 Service varies with conditions and location. Requires active service plan. Data plans offered by AT&T. Visit onstar.com for details and limitations. Availability subject to change.  10 Standard connectivity available only to original purchaser for 10 years. Services enabled by Connected Access are subject to change. Does not include emergency or security services. Diagnostic capabilities vary by model and service plan. Message and data rates may apply. Requires contact method on file and enrollment to receive alerts. Not all issues will deliver alerts. Visit onstar.com for details and limitations.

## DIMENSIONS

| Length | 164.0" | Width | 69.5" | Head room (front/rear) | 39.7"/37.9" |
|---|---|---|---|---|---|
| Wheelbase | 102.4" | Front track | 59.1" | Leg room (front/rear) | 41.6"/36.5" |
| Height | 62.8" | Rear track | 59.1" | Shoulder room (front/rear) | 54.6"/52.8" |

## MAXIMUM CAPACITIES

| Battery | 66 kWh |
|---|---|
| Passenger volume | 94.4 cubic feet |
| Seating | Seats 5 |
| Cargo volume[1] | 56.6 cubic feet |

## BOLT EV CHARGING SPECS

| Charger Type | Miles of Range Per Hour of Charge[2] | Approximate Time Needed for a 0%–100% Full Charge[2] |
|---|---|---|
| 120-volt portable cord | About 4 miles | 55 hours |
| 240-volt charging unit | Up to 25 miles | 10 hours |
| DC Fast Charge | Up to 100 miles in 30 minutes | N/A |

## CHARGING

Chevrolet recommends an available 240-volt home charging unit from Chevrolet Accessories to help ensure you're using proven, reliable and compatible charging equipment. For more information about hardware and installation services, see your certified Bolt EV dealer or visit **chevrolet.com/electric/charging.**

## EPA-ESTIMATED FUEL ECONOMY

| EV range | 259 miles[3] |
|---|---|
| Combined | 118 MPGe |



Experience Chevrolet Complete Care, a comprehensive coverage, warranty and protection program that comes standard with every new 2020 Chevrolet Bolt EV lease and purchase. Simply, it is designed around you, to make it easy to keep your Chevrolet like new — and give you the confidence you deserve when you need it most.

**Your comprehensive owner benefit program.**

Includes one maintenance visit (tire rotation and multi-point vehicle inspection)[4]

5 years/60,000 miles[5] of Roadside Assistance.[6]

3-year/36,000-mile[5] Bumper-to-Bumper Limited Warranty.

5-year/60,000-mile[5] Powertrain Limited Warranty.

8-year/100,000-mile[5] Battery Limited Warranty and Courtesy Transportation.

6 years/100,000 miles[5] of Rust-Through Protection.

Chevrolet Connected Access[7] with 10 years of standard connectivity, which currently enables features such as Vehicle Diagnostics and Dealer Maintenance Notification.

1 month of Chevrolet Connected Services[8] and 1 month of OnStar Safety & Security Plan coverage.[8]

## NEW VEHICLE LIMITED WARRANTY

**3-year/36,000-mile Bumper-to-Bumper Limited Warranty.** Chevrolet will warrant each 2020 Bolt EV from bumper to bumper for 3 years/36,000 miles (whichever comes first; see dealer for details), with no deductible, from the original in-service date of the vehicle, for warrantable repairs that are required as a result of defects due to materials and/or workmanship. Cosmetic corrosion resulting from defects is also covered under the Bumper-to-Bumper Limited Warranty. In addition, rust-through corrosion will be covered for 6 years/100,000 miles (whichever comes first). See dealer for details.

**5-year/60,000-mile transferable powertrain Limited Warranty.** Every 2020 Bolt EV comes with a 5-year/60,000-mile (whichever comes first) transferable Powertrain Limited Warranty. Plus, you get 5 years/60,000 miles (whichever comes first) of the 24/7 Roadside Assistance Program and 8 years/100,000 miles of the Courtesy Transportation Program, and much more. See dealer for details.

**8-year/100,000-mile Battery Limited Warranty.** Bolt EV battery and specific electric drive components are covered for 8 years/100,000 miles (whichever comes first). The Bolt EV battery warranty covers battery components in addition to the thermal management system, charging system and electric drive components. See dealer for details.

Looking for more information? Download the complete 2020 Limited Warranty and Owner Assistance Information guide at chevrolet.com/owners/warranty.

**1** Cargo and load capacity limited by weight and distribution.  **2** Charging rate varies based on output of the charge unit, vehicle settings and outside temperature.  **3** EPA-estimated 259-mile EV range. Your actual range will vary based on several factors, including temperature, terrain, battery age and how you use and maintain your vehicle.  **4** Maintenance visit must occur within first year of vehicle delivery. Service visit consists of Tire Rotation/MPVI. Does not include air filters. See participating dealer for other restrictions and complete details.  **5** Whichever comes first. See dealer for details.  **6** Roadside service provided by Allstate Roadside Services. Limitations apply.  **7** Standard connectivity available only to original purchaser for 10 years. Services enabled by Connected Access are subject to change. Does not include emergency or security services. Diagnostic capabilities vary by model and service plan. Message and data rates may apply. Requires contact method on file and enrollment to receive alerts. Not all issues will deliver alerts. Visit onstar.com for details and limitations.  **8** Connected services include navigation services and Remote Access Plan. Services subject to terms and limitations. Certain services require working electrical system, cell reception and GPS signal. OnStar links to emergency services. Visit onstar.com for details. Availability subject to change.

## IMPORTANT INFORMATION

**Chevrolet Owner Center (my.chevrolet.com).** Everything you need to know. Anything you need to do. Your Chevrolet Owner Center makes it easy. Create your account today to get the most out of your new vehicle. Get special alerts and offers, schedule service, review your maintenance schedule, and view how-to videos specifically for your vehicle. All online, anytime. Visit the Owner Center today to register or take a tour.

**Engines.** Chevrolet products are equipped with engines produced by GM Global Propulsion Systems or other suppliers to GM worldwide. The engines in Chevrolet products may also be used in other GM makes and models.

**Assembly.** Chevrolet vehicles and their components are assembled or produced by different operating units of General Motors, its subsidiaries or suppliers to GM worldwide. We sometimes find it necessary to produce Chevrolet vehicles with different or differently sourced components than originally scheduled. Since some options may be unavailable when your vehicle is assembled, we suggest you verify that your vehicle includes the equipment you ordered and that, if there were changes, they are acceptable to you.

**Chevrolet Connected Services and OnStar.** Connected vehicle services vary by vehicle model and require an active service plan, working vehicle electrical system (including battery), cell reception and GPS signal to function properly. Visit onstar.com for details and limitations.

**A note on child safety.** Always use seat belts and the correct child restraint for your child's age and size, even with airbags. Even in vehicles equipped with the Passenger Sensing System, children are safer when properly secured in a rear seat in the appropriate infant, child or booster seat. Never place a rear-facing infant restraint in the front seat of any vehicle equipped with an active frontal airbag. See your vehicle Owner's Manual and the child safety seat instructions for more safety information.

**Important words about this catalog.** We have tried to make this catalog comprehensive and factual. We reserve the right, however, to make changes at any time, without notice, in prices, colors, materials, equipment, specifications, models and availability. Specifications, dimensions, measurements, ratings and other numbers in this catalog and other printed materials provided at the dealership or affixed to vehicles are approximations based on design and engineering drawings, prototypes and laboratory tests. Your vehicle may differ due to variations in manufacture and equipment. Since some information may have been updated since the time of printing, please check with your Chevrolet dealer for complete details. Chevrolet reserves the right to

lengthen or shorten the model year for any product for any reason or to start and end model years at different times. Certain vehicle features may lose their usefulness over time due to obsolescence from technological changes. Unless otherwise noted, all claims based on GM Small Car segment and latest available competitive information. Excludes other GM vehicles.

**Fleet orders.** Some standard content may be deleted on fleet orders. See dealer for details.

**Spare tire information.** There is no standard jack or spare tire in the 2020 Chevrolet Bolt EV. Your vehicle may have a tire sealant and compressor kit that uses a liquid tire sealant to temporarily seal up to a one-quarter-inch puncture in the tread area of the tire. After using the tire inflator kit, it is recommended that you take the tire to an authorized retailer for inspection and repair as soon as possible, but at least within 100 miles of driving. The tire sealant cannot seal inflate sidewall damage, punctures larger than one-quarter inch, or a tire that has unseated from the wheel. The sealant can only be used on one tire and for one time before its expiration date.

**Chevrolet ownership experience.** Chevrolet is committed to enhancing the vehicle shopping and ownership experience through a wide array of programs. Visit chevrolet.com to build and price, find a vehicle, request a quote, compare vehicles, find financial tools or track your vehicle order. You'll also find information about 24-hour Roadside Assistance, Courtesy Transportation, Customer Assistance, GM Mobility, safety and current incentives.

**Chevrolet.com/safety.** Chevrolet is committed to keeping you and your family safe — from the start of your journey to your destination. That's why every Chevrolet is designed with a comprehensive list of safety and security features to help give you peace of mind.

**GMmobility.com (1-800-323-9935).** GM Mobility™ offers financial assistance for eligible adaptive equipment to make automotive travel easier for persons with disabilities or special transportation needs. To learn more about special GM Mobility offers, visit gmmobility.com.

**The BuyPower Card.** The Chevrolet BuyPower Card — Every purchase you make with the BuyPower Card from Capital One* helps you earn toward an eligible new Chevrolet, Buick, GMC or Cadillac vehicle. There's no limit on the amount you can earn or redeem, and your Earnings don't expire. Visit chevroletbuypowercard.com/catalogs.

* Capital One, N.A. is the issuer of the BuyPower Card. General Motors ("GM") is responsible for the operation and administration of the Earnings program.

 

 

GM, the GM logo, Chevrolet, the Chevrolet logo, and the slogans, emblems, vehicle model names, vehicle body designs and other marks appearing in this catalog are the trademarks and/or service marks of General Motors, its subsidiaries, affiliates or licensors. ©2019 OnStar LLC. All rights reserved. Sirius, XM, SiriusXM and all related marks and logos are trademarks of Sirius XM Radio Inc. The Bluetooth word mark is a registered trademark owned by Bluetooth SIG, Inc., and any use of such mark by Chevrolet is under license. Bose is a registered trademark and Richbass is a trademark of the Bose Corp.

©2019 General Motors. All rights reserved.  October 2019



EXHIBIT "C"

**Product Safety Recall**
N212345940 Bulletin High Voltage Battery May Melt or Burn



December 2021

This notice applies to your vehicle, **VIN:** _____

Dear General Motors Customer:

Thanks again for your continued patience as the team at Chevrolet works as quickly as we can to provide you with replacement battery modules for your Bolt EV or Bolt EUV.  Battery replacements have begun, and we continue to work with our battery supplier to obtain more battery modules to help speed up the replacement process.

We are pleased to inform you that we have developed an advanced diagnostic software package that will remove parking and charging limitations on your 2020-2022 model year Chevrolet Bolt EV or 2022 model year Bolt EUV vehicle while we work on building replacement battery modules.  This software will automatically limit your vehicle's maximum state of charge to 80%, which will allow you to safely resume:

- charging indoors overnight;

- depleting your vehicle's battery below 70 miles (113 km) of range, resulting in greater overall vehicle range compared to GM's prior interim charging guidance; and

- parking indoors after charging.

This software also contains new diagnostics designed to detect specific abnormalities that might indicate a rare battery issue in your vehicle.

THIS SOFTWARE IS NOW AVAILABLE FOR YOUR 2020-2022 model year Chevrolet Bolt EV or 2022 Chevrolet Bolt EUV vehicle.  Schedule a service appointment at your preferred Chevrolet EV dealer to have the software installed.  The service should take approximately 1-3 hours to complete.  Until you have the software installed, we ask that you still follow our previous guidelines, which are outlined on our website: www.chevy.com/boltevrecall.  THIS SOFTWARE IS NOT THE FINAL RECALL REMEDY and you will be notified when battery modules are available for replacement.

Once again, we appreciate your patience and understanding.  If you have any questions, please contact the Chevrolet EV Concierge 1-833-EVCHEVY or your preferred Chevrolet EV dealer.

Steve Hill

Vice President

Chevrolet

GM Recall: N212345940